UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:04-cr-97 |
| v. | ) | |
| | ) | JUDGE CURTIS L. COLLIER |
| THOMAS FLOYD JEFFRESS | ) | MAGISTRATE JUDGE LEE |

REPORT AND RECOMMENDATION

Counsel for defendant Thomas Floyd Jeffress, Jr. requested a psychiatric/psychological evaluation of defendant on May 24, 2005 [Doc. No. 17] and an order was entered on June 9, 2005 allowing said evaluation [Doc. No. 19]. An August 17, 2005 letter from Loren A. Grayer, Warden of the Federal Bureau of Prisons in Miami, Florida, and a Forensic Evaluation of defendant Thomas Floyd Jeffress, Jr., were received by the Court. The findings in the evaluation were that the defendant was not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense, and that the defendant was sane at the time of the alleged offense. Defendant filed a Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d) on October 12, 2005 [Doc. No. 25]. On the basis of the waiver and the evaluation, it is **RECOMMENDED** the Court find the defendant Thomas Floyd Jeffress, Jr. competent to understand the nature and consequences of the proceedings against him and able to assist in his defense, and further find that defendant is competent to stand trial.

SO ORDERED:

ENTER.

s/Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE